**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00822-CV

_____

**DONALD BARCLAY, Appellant**

**V.**

**VERY FAST HOME BUYERS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1258381**

---

## MEMORANDUM OPINION

Appellant Donald Barclay filed his notice of appeal on September 30, 2025.

Appellant did not pay his appellate filing fee or establish indigence for purposes of

appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207,

51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellant that unless he paid the appellate filing fee by December 1, 2025, his appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.